| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SSL Entertainment Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Eastern Events; DBA Soundstage Live; DBA Tampa Bay Events; DBA BBQFest** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**80-0574898** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**302 North Matanzas Ave**<br>**Tampa, FL**<br>ZIP Code **33609** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Scott A. Rosin 961851 ***

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **SSL Entertainment Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>      Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>        _____ <br>        (Name of landlord that obtained judgment) <br><br><br>        _____ <br>        (Address of landlord) <br><br> ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **SSL Entertainment Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Scott A. Rosin**
Signature of Attorney for Debtor(s)

**Scott A. Rosin 961851**
Printed Name of Attorney for Debtor(s)

**Scott A. Rosin, P.A.**
Firm Name

**5835 Memorial Hwy Ste 6**
**Tampa, FL 33615-5005**

_____
Address

**Email: srosincmecf@tampabay.rr.com**
**813-889-9889  Fax: 813-887-3074**
Telephone Number

**March  8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ FRANK P. GIGLIO**
Signature of Authorized Individual
**FRANK P. GIGLIO**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**March  8, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **SSL Entertainment Inc.**                                    ,    Case No. _____

                                        Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **FRANK PETER GIGLIO, JR.**<br>**MD FLA TAMPA DIV** | **Corporation** | **03/08/11** |
| **SSL ENTERTAINMENT INC**<br>**MD FLA TAMPA DIV** | **Corporation** | **03/08/11** |

# United States Bankruptcy Court

## Middle District of Florida

In re    **SSL Entertainment Inc.**

                                Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 309,191.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 309,191.34 | |

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **SSL Entertainment Inc.**                      ,     Case No. _____

                  Debtor             Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **SSL Entertainment Inc.**                                    ,    Case No. _____

                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **SSL Entertainment Inc.**                                                    ,      Case No. _____

                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re   **SSL Entertainment Inc.**       ,    Case No. _____

                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Personal Property

In re    __SSL Entertainment Inc._____ ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re __SSL Entertainment Inc.__ ,     Case No. _____

                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re __SSL Entertainment Inc._____,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re __SSL Entertainment Inc._____ ,   Case No. _____

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C | U | D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1<br>Fla Dept Of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314** | - | | For Informational Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**Creditor #: 2<br>Internal Revenue Service<br>Philadelphia CIO<br>POB 21126<br>Philadelphia, PA 19114** | - | | Notice | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**Creditor #: 3<br>OFFICE OF U.S. ATTORNEY<br>400 NORTH TAMPA STREET, #3200<br>TAMPA, FL 33602** | - | | For Informational Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

In re    **SSL Entertainment Inc.** _____,    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Creditor #: 1** **Agency For The Performing Arts Inc** **405 S Beverly Drive** **Beverly Hills, CA 90212-441** | - | | | | **Business** | | | | **25,000.00** |
| Account No. **HILL WARD HENDERSON** **P.O. BOX 2231** **TAMPA, FL 33601** | | | | | **Representing:** **Agency For The Performing Arts Inc** | | | | **Notice Only** |
| Account No. **HILL WARD HENDERSON** **101 EAST KENNEDY BLVD STE 3700** **TAMPA, FL 33602** | | | | | **Representing:** **Agency For The Performing Arts Inc** | | | | **Notice Only** |
| Account No. **Creditor #: 2** **AHM & ASSOCIATES INC.** **625 Court St** **Clearwater, FL 33756** | - | | | | **Business lawsuit** | | | | **Unknown** |

____15____ continuation sheets attached

Subtotal
(Total of this page)     **25,000.00**

In re **SSL Entertainment Inc.** ,                Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AHM & ASSOCIATES INC. Attn: Thomas C. Nash, Esq 625 Court St Clearwater, FL 33756 | | | | Representing: AHM & ASSOCIATES INC. | | | | Notice Only |
| Account No. | | | | | | | | |
| Holsonback & Harang PA Attn: Lee Harang, Esq. 400 N Ashley Dr Ste 1500 Tampa, FL 33602-4342 | | | | Representing: AHM & ASSOCIATES INC. | | | | Notice Only |
| Account No. | | | | | | | | |
| Macfarlane Ferguson & Mcmullen, P.A. Attn Scott Thomas Lyon, Esq. 625 Court St Ste 200 Clearwater, FL 33756-5528 | | | | Representing: AHM & ASSOCIATES INC. | | | | Notice Only |
| Account No. 47932967 | | | | Opened 11/01/08 - Collection - Glacial Star Group (Business) | | | | |
| Creditor #: 3 Allied Interstate, Inc 300 Corporate Exchange Columbus, OH 43231 | - | | | | | | | 509.00 |
| Account No. | | | | | | | | |
| Allied Interstate 3111 S. Dixie Hwy Ste 101 West Palm Beach, FL 33405 | | | | Representing: Allied Interstate, Inc | | | | Notice Only |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**509.00**

In re **SSL Entertainment Inc.** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allied Interstate**<br>**PO Box 5023**<br>**New York, NY 10163** | | | **Representing:**<br>**Allied Interstate, Inc** | | | | **Notice Only** |
| Account No.<br><br>**Glacial Star Group**<br>**150 Motor Pkwy Ste 103**<br>**Hauppauge, NY 11788** | | | **Representing:**<br>**Allied Interstate, Inc** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 4**<br>**American Concerts, Inc**<br>**3302 Azeele St.**<br>**Tampa, FL 33609** | - | | **Business- Lawsuit** | | | | **Unknown** |
| Account No.<br><br>**Christina M Castellano-Mesa, Esq**<br>**Re: American Concerts, Inc**<br>**MESA Law, P. A.**<br>**PO Box 10207**<br>**Tampa, FL 33679-0207** | | | **Representing:**<br>**American Concerts, Inc** | | | | **Notice Only** |
| Account No. 39436379<br><br>**Creditor #: 5**<br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | - | | **Opened 9/01/07 -**<br>**Collection Premier Bankcard Inc.** | | | | **1,185.00** |

Sheet no. __2__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,185.00**

In re **SSL Entertainment Inc.** ,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Premier Bankcard** <br> **Premier/CSI-Dept SDPR** <br> **PO BOX 2208** <br> **Vacaville,CA.95696** | | | Representing: <br> Arrow Financial Services | | | | **Notice Only** |
| Account No. <br><br> **Premier Bankcard Inc.** <br> **3409 S. Cliff Ave.** <br> **Sioux Falls, SD 57105** | | | Representing: <br> Arrow Financial Services | | | | **Notice Only** |
| Account No. <br> **Creditor #: 6** <br> **Bryan Media, Inc.** <br> **671 Lumsden Rd** <br> **Brandon, FL 33511** | - | | 09/15/08 - <br> Judgment (Business) | | | | **9,021.25** |
| Account No. <br><br> **Bryan Media, Inc.** <br> **4607 Avenue Longchamps** <br> **Lutz, FL 33558** | | | Representing: <br> Bryan Media, Inc. | | | | **Notice Only** |
| Account No. <br><br> **Goals R.E.** <br> **PO Box 533** <br> **Guthrie, OK 73044** | | | Representing: <br> Bryan Media, Inc. | | | | **Notice Only** |

Sheet no. __3__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,021.25**

In re **SSL Entertainment Inc.** ,                    Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Rory B. Weiner, P.A.** **671 Lumsden Road** **Brandon, FL 33511** | | | Representing: **Bryan Media, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Vicent Nuccio, Esq** **Re: Bryan Media, Inc** **4049 Henderson Blvd** **Tampa, FL 33629-4939** | | | Representing: **Bryan Media, Inc.** | | | | **Notice Only** |
| Account No. | | | - | | | | |
| **Creditor #: 7** **Cambas Transportation Group, Inc** **POB 14907** **Clearwater, FL 33766** | - | - | **Judgment  (Business)** | | | | **7,600.00** |
| Account No. | | | | | | | |
| **Cambas Transportation Group, Inc.** **2045 Lawson Road** **Clearwater, FL 34623** | | | Representing: **Cambas Transportation Group, Inc** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Cambas Transportation Group, Inc.** **C/o Aaron J Gold, Esq** **C/o Eddy R Resnick, Esq** **704 West Bay St** **Tampa, FL 33606** | | | Representing: **Cambas Transportation Group, Inc** | | | | **Notice Only** |

Sheet no. __4___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,600.00**

In re  **SSL Entertainment Inc.**                                        ,        Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4227331111029821** <br><br> **Creditor #: 8** <br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened 10/30/07  Last Active  1/26/10 CreditCard** | | | | **0.00** |
| Account No. <br><br> **JP Morgan Chase Legal Dept** <br> **1191 E Newport Ctr Dr, Ste 101** <br> **Deerfield Beach, FL 33442** | | | **Representing:** <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **JPMorganChase- Legal Dept** <br> **POB 9622** <br> **Deerfield Beach, FL 33442** | | | **Representing:** <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 9** <br> **Citibank SD** <br> **701 E 60th St** <br> **Sioux Falls, SD 57117** | - | | - <br> **Judgment   (Business)** | | | | **14,685.00** |
| Account No. <br><br> **Citibank** <br> **PO Box 8103** <br> **South Hackensack, NJ 07606-8103** | | | **Representing:** <br> **Citibank SD** | | | | **Notice Only** |

Sheet no. __5__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | **14,685.00** |

In re  **SSL Entertainment Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Citibank** **P.O. Box 5813** **Denver, CO 80217** | | | | Representing: **Citibank SD** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Citibank (Sioux Falls)** **P.O. Box 6500** **Sioux Falls, SD 57117** | | | | Representing: **Citibank SD** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **CitiBank / Citicorp.** **Citicorp Credit Svc.** **BANKRUPTCY DEPT.** **P.O. Box 20507** **Kansas City, MO 64195** | | | | Representing: **Citibank SD** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Erskine & Fleisher** **55 Weston Rd. Ste. 300** **Ft. Lauderdale, FL 33326** | | | | Representing: **Citibank SD** | | | | **Notice Only** |
| Account No. 21686223 | | - | | - | | | | |
| **Creditor #: 10** **Collection** **PO Box 9134** **Needham, MA 02494** | - | | | **Disputed- should be Zero Balance- Geico Casualty Company** | | | X | |
| | | | | | | | | **220.00** |

Sheet no. __6___ of __15___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**220.00**

In re    **SSL Entertainment Inc.**                                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CCCS** <br>**Po Box 709** <br>**Needham, MA 02494** | | | **Representing:** <br>**Collection** | | | | **Notice Only** |
| Account No. <br><br>**Geico** <br>**Attn: Bankruptcy Dept** <br>**One Geico Plaza** <br>**Washington, DC 20046-0001** | | | **Representing:** <br>**Collection** | | | | **Notice Only** |
| Account No. <br><br>**Geico Direct Ins. Co.** <br>**PO Box 33040** <br>**Lakeland, FL 33807** | | | **Representing:** <br>**Collection** | | | | **Notice Only** |
| Account No. **2523818** <br><br>**Creditor #: 11** <br>**Credit Acceptance Corp.** <br>**25505 W 12 Mile Rd** <br>**Southfield, MI 48034** | - | | **04/10/08 -** <br>**Automobile Deficiency Judgment** | | | | **5,788.00** |
| Account No. <br><br>**Credit Acceptance** <br>**Attn: Bankruptcy** <br>**Po Box 551888** <br>**Detroit, MI 48255** | | | **Representing:** <br>**Credit Acceptance Corp.** | | | | **Notice Only** |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,788.00**

In re **SSL Entertainment Inc.** _____ ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Credit Acceptance Corp PO Box 513 Southfield, MI 48037** | | | Representing: **Credit Acceptance Corp.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Credit Acceptance Corp 6851 Jericho Turnpike Ste 190 Syosset, NY 11791** | | | Representing: **Credit Acceptance Corp.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Erskine & Fleisher 55 Weston Rd. Ste. 300 Ft. Lauderdale, FL 33326** | | | Representing: **Credit Acceptance Corp.** | | | | **Notice Only** |
| Account No. 4447962183384381 | | | Opened 9/01/10 Last Active 2/02/11 CreditCard | | | | |
| **Creditor #: 12 Credit One Bank Po Box 98875 Las Vegas, NV 89193** | | - | | | | | **663.00** |
| Account No. 1263577998 | | | Opened 9/01/05 - Collection- Bright House Networks | | | | |
| **Creditor #: 13 Credit Protect Assoc. PO Box 802068 Dallas, TX 75380** | | - | | | | | **226.00** |

Sheet no. __8___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**889.00**

In re **SSL Entertainment Inc.**                                                                              Case No. _____
                                                                        ,
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bright House Networks** **525 Grand Regency Blvd** **Brandon, FL 33510-3932** | | | Representing: **Credit Protect Assoc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Bright House Networks** **PO Box 30765** **Tampa, FL 33630-3765** | | | Representing: **Credit Protect Assoc.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Bright House Networks** **700 Carillon Pkwy** **Saint Petersburg, FL 33716-1101** | | | Representing: **Credit Protect Assoc.** | | | | **Notice Only** |
| Account No. | | | 07/11/95 - **Former Landlord** | | | | |
| **Creditor #: 14** **Eleanor Hubbard** **2620 W Watrous Ave** **Tampa, FL 33629-5347** | | - | | | | | **118.00** |
| Account No. | | | **Business- Judgment (Texas)** | | | | |
| **Creditor #: 15** **ExtremeTix, Inc.** **13111 Northwest Fwy Ste 520** **Houston, TX 77040** | | - | | | | | **75,101.09** |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,219.09**

In re **SSL Entertainment Inc.** _____,  Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1471141** <br><br> **Creditor #: 16** <br> **Fast Collect** <br> **8300 Kingston Pike** <br> **Knoxville, TN 37919** | - | | **Opened 9/01/10** <br> **CollectionAttorney Check Smart** | | | | 295.00 |
| Account No. **5178006246265062** <br><br> **Creditor #: 17** <br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | - | | **Opened 1/01/10 Last Active 9/23/10** <br> **CreditCard** | | | | 634.00 |
| Account No. **4869557020063260** <br><br> **Creditor #: 18** <br> **First Premier Bank** <br> **3820 N Louise Ave** <br> **Sioux Falls, SD 57107** | - | | **Opened 1/07/05 Last Active 7/10/05** <br> **CreditCard** | | | | 0.00 |
| Account No. <br><br> **Creditor #: 19** <br> **IPC International Corp** <br> **2111 Waukegan Rd** <br> **Deerfield, IL 60015** | - | | **07/24/07 -** <br> **Judgment (Business)** | | | | 8,437.00 |
| Account No. <br><br> **Wetherington, Hamilton & Harrison, P.A.** <br> **POB 172727** <br> **Tampa, FL 33672-0727** | | | **Representing:** <br> **IPC International Corp** | | | | **Notice Only** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 9,366.00 |
|---|---|

In re **SSL Entertainment Inc.**             ,      Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3270687<br><br>**Creditor #: 20**<br>**JNR Adjustment Company**<br>**2905 Northwest Blvd**<br>**Plymouth, MN 55441** | - | | **Opened 10/01/07 -**<br>**Collection- Dollar Thrifty Auto Group**<br>**(Business)** | | | | 314.00 |
| Account No.<br><br>**Dollar / Thrifty**<br>**Mail Stop 2R2**<br>**P.O. Box 35250**<br>**Tulsa, OK 74153-0250** | | | **Representing:**<br>**JNR Adjustment Company** | | | | Notice Only |
| Account No.<br><br>**Dollar Thrifty**<br>**The Corporation Company, RA**<br>**735 First National Bldg**<br>**Oklahoma City, OK 73102** | | | **Representing:**<br>**JNR Adjustment Company** | | | | Notice Only |
| Account No.<br><br>**Creditor #: 21**<br>**John T Lazzara**<br>**4643 W Kennedy Blvd**<br>**Tampa, FL 33609** | - | | **Restitution** | | | | 12,000.00 |
| Account No.<br><br>**Creditor #: 22**<br>**Lew Phillips**<br>**c/o Hamden Holloway Baskin, III**<br>**Baskin Fleece**<br>**13577 Feather Sound Dr Ste 550**<br>**Clearwater, FL 33762-5527** | - | | **Business** | | | | Unknown |

Sheet no. __11__ of __15__ sheets attached to Schedule of            Subtotal<br>
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)      12,314.00

In re   **SSL Entertainment Inc.**                             ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No. 763647** | | | | | Opened 10/01/10 | | | | |
| Creditor #: 23 **Professional Adjus Corp** **604 Us Highway 41 S** **Inverness, FL 34450** | - | | | | **Collection- City St. Petersburg** | | | | |
| | | | | | | | | | 65.00 |
| **Account No. 11R010068983161** | | | | | Opened 10/01/07 - | | | | |
| Creditor #: 24 **RJM Acq Llc** **575 Underhill Blvd Ste 2** **Syosset, NY 11791** | - | | | | **Wachovia Bank Checking Account** | | | | |
| | | | | | | | | | 430.00 |
| **Account No.** | | | | | | | | | |
| **RJM Acquisitions Funding LLC** **PO Box 18013** **Hauppauge, NY 11788-8813** | | | | | Representing: **RJM Acq Llc** | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **RJM Associates** **PO Box 12023** **Hauppauge, NY 11788-2023** | | | | | Representing: **RJM Acq Llc** | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Wachovia** **800 Brooks Edge Blvd.** **Westerville, OH 43081** | | | | | Representing: **RJM Acq Llc** | | | | **Notice Only** |

Sheet no. __12__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal                         **495.00**
                               (Total of this page)

In re **SSL Entertainment Inc.**                                      ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Wachovia Bank** <br> **PO Box 2248** <br> **Jacksonville, FL 32203** | | | **Representing:** <br> **RJM Acq Llc** | | | | **Notice Only** |
| Account No. 5292080 <br> **Creditor #: 25** <br> **Security Check LLC** <br> **2612 Jackson Ave** <br> **Oxford, MS 38655** | - | | **Opened  3/01/05 -** <br> **Listed on credit report but Disputed- Balance is Zero - Bam-Bam Pizza Inc. #1359** | | | X | **38.00** |
| Account No. <br> **Creditor #: 26** <br> **Sunbelt Rentals, Inc.** <br> **2341 Deerfield Drive** <br> **Fort Mill, SC 29715** | - | | **08/24/06 -** <br> **Judgment  (Business)** | | | | **11,073.00** |
| Account No. <br> **CT Corporation System** <br> **1200 South Pine Island Rd** <br> **Plantation, FL 33324** | | | **Representing:** <br> **Sunbelt Rentals, Inc.** | | | | **Notice Only** |
| Account No. <br> **Paul M Kade, Esq** <br> **9200 S Dadeland Blvd Ste 400** <br> **Miami, FL 33156** | | | **Representing:** <br> **Sunbelt Rentals, Inc.** | | | | **Notice Only** |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **11,111.00**

In re **SSL Entertainment Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sunbelt Rentals, Inc. P.O. Box 410328 Charlotte, NC 28241 | | | Representing: Sunbelt Rentals, Inc. | | | | Notice Only |
| Account No. | | | | | | | |
| Sunbelt Rentals, Inc. 4927 Hartford St Tampa, FL 33619 | | | Representing: Sunbelt Rentals, Inc. | | | | Notice Only |
| Account No. 5259830026285897 | | | Opened 8/01/07 Last Active 2/21/08 CreditCard | | | | |
| Creditor #: 27 Tribute / FBOFD Pob 105555 Atlanta, GA 30348 | - | | | | | | 703.00 |
| Account No. | | | 12/19/95 - Judgment (Business) | | | | |
| Creditor #: 28 Yellow Cab Co of Tampa, Inc 4413 N. Hesperides St Tampa, FL 33614 | - | | | | | | 135,086.00 |
| Account No. | | | | | | | |
| Robert S Hobbs, Esq PO Box 18225 Tampa, FL 33679-8225 | | | Representing: Yellow Cab Co of Tampa, Inc | | | | Notice Only |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **135,789.00**

In re   **SSL Entertainment Inc.**                      ,      Case No. _____
<br>Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Yellow Cab Co of Tampa, Inc**<br>**POB 1748**<br>**Tampa, FL 33601** | | | | | Representing:<br>**Yellow Cab Co of Tampa, Inc** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. \_\_**15**\_\_ of \_\_**15**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **309,191.34** |

.

In re    **SSL Entertainment Inc.**              ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re    **SSL Entertainment Inc.**                            ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**   _____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re  **SSL Entertainment Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March  8, 2011**

Signature  **/s/ FRANK P. GIGLIO**

**FRANK P. GIGLIO**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re  **SSL Entertainment Inc.**                            Case No.

                                             Debtor(s)         Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE
**$0.00**             **Not available at time of filing- to be amended**

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

### 3. Payments to creditors

None
■    **Complete a. or b., as appropriate, and c.**

     a.    *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **AHM & ASSOCIATES INC. vs. SOUNDSTAGE LIVE INC OF FLORIDA, SSL ENTERTAINMENT INC, FRANK GIGLIO, CATHY JO HARKER, Case No. 11-CA-000249, Div H** | **Business** | **In The Circuit Court Of the 13th Judicial Circuit In And For Hillsborough County, Florida, originally filed in Pinellas County Circuit Court at Uniform Case 522010CA012726XXCICI, Case No. 10012726CI, transferred 01/10/2011** | **Pending-MOTION TO ENFORCE CONTEMPT FOR NON-COMPLIANCE** |
| **PHILLIPS;LEW B VS GIGLIO;FRANK PETER**<br>**1.**<br>**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**<br>**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**<br>**CIVIL DIVISION**<br><br>**IN RE:**<br><br>**$$,**<br> **Plaintiff, CASE NO.** | | | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AGENCY FOR THE PERFORMING ARTS INC vs SOUNDSTAGE LIVE INC OF FLORIDA and SSL ENTERTAINMENT INC, Case No. 11-CA-002700, Div. K** | **Business** | **In The Circuit Court Of the 13th Judicial Circuit In And For Hillsborough County, Florida** | **03/01/2011 Case Filed** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **AHM & ASSOCIATES INC.**<br>**625 Court St**<br>**Clearwater, FL 33756** | **2011** | **Seized approximately $25,000 from Paladium and Ticketmaster** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Scott A. Rosin, P.A.**<br>**5835 Memorial Highway, Suite 6**<br>**Tampa, FL 33615** | **03/08/11** | **$1,701 plus $299 court filing fee** |

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **RegionsBank** | **RegionsBank Checking Account (Business) - Closed-  SSL ENTERTAINMENT INC** | **$-0-, October 2010** |
| **Mercantile Bank** | **Checking Account (Business) - Closed- SSL ENTERTAINMENT INC** | **$-0-, April 2010** |
| **Chase Bank** | **RegionsBank Account (Business) - Closed-  SSL ENTERTAINMENT INC** | **$-0-, December 2010** |
| **Fifth Third** | **Checking Account (Business) - Closed- SSL ENTERTAINMENT INC** | **$-0-, October 2010** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Raquel J. Carrodeguas, CPA** | **Current** |
| **2701 N Himes Ave # 101** | |
| **Tampa, FL 33607** | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
∎

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
∎

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
∎

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 8, 2011**                              Signature  **/s/ FRANK P. GIGLIO**

                                                                **FRANK P. GIGLIO**
                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **SSL Entertainment Inc.**          Case No.

                     Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 8, 2011**            **/s/ FRANK P. GIGLIO**

                                         **FRANK P. GIGLIO**/President
                                         Signer/Title

Date:    **March 8, 2011**            **/s/ Scott A. Rosin**

                                         Signature of Attorney
                                         **Scott A. Rosin 961851**
                                         **Scott A. Rosin, P.A.**
                                         **5835 Memorial Hwy Ste 6**
                                         **Tampa, FL 33615-5005**
                                         **813-889-9889  Fax: 813-887-3074**

SSL ENTERTAINMENT INC.
302 NORTH MATANZAS AVE
TAMPA, FL 33609

ARROW FINANCIAL SERVICES
5996 W TOUHY AVE
NILES, IL 60714

CCCS
PO BOX 709
NEEDHAM, MA 02494

SCOTT A. ROSIN
SCOTT A. ROSIN, P.A.
5835 MEMORIAL HWY STE 6
TAMPA, FL 33615-5005

BRIGHT HOUSE NETWORKS
525 GRAND REGENCY BLVD
BRANDON, FL 33510-3932

CHASE
PO BOX 15298
WILMINGTON, DE 19850

AGENCY FOR THE PERFORMING ARTS INC
405 S BEVERLY DRIVE
BEVERLY HILLS, CA 90212-441

BRIGHT HOUSE NETWORKS
PO BOX 30765
TAMPA, FL 33630-3765

CHRISTINA M CASTELLANO-MESA
RE: AMERICAN CONCERTS, INC
MESA LAW, P. A.
PO BOX 10207
TAMPA, FL 33679-0207

AHM & ASSOCIATES INC.
625 COURT ST
CLEARWATER, FL 33756

BRIGHT HOUSE NETWORKS
700 CARILLON PKWY
SAINT PETERSBURG, FL 33716-1101

CITIBANK
PO BOX 8103
SOUTH HACKENSACK, NJ 07606-8

AHM & ASSOCIATES INC.
ATTN: THOMAS C. NASH, ESQ
625 COURT ST
CLEARWATER, FL 33756

BRYAN MEDIA, INC.
671 LUMSDEN RD
BRANDON, FL 33511

CITIBANK
P.O. BOX 5813
DENVER, CO 80217

ALLIED INTERSTATE
3111 S. DIXIE HWY STE 101
WEST PALM BEACH, FL 33405

BRYAN MEDIA, INC.
4607 AVENUE LONGCHAMPS
LUTZ, FL 33558

CITIBANK (SIOUX FALLS)
P.O. BOX 6500
SIOUX FALLS, SD 57117

ALLIED INTERSTATE
PO BOX 5023
NEW YORK, NY 10163

CAMBAS TRANSPORTATION GROUP, INC
POB 14907
CLEARWATER, FL 33766

CITIBANK / CITICORP.
CITICORP CREDIT SVC.
BANKRUPTCY DEPT.
P.O. BOX 20507
KANSAS CITY, MO 64195

ALLIED INTERSTATE, INC
300 CORPORATE EXCHANGE
COLUMBUS, OH 43231

CAMBAS TRANSPORTATION GROUP, INC
2045 LAWSON ROAD
CLEARWATER, FL 34623

CITIBANK SD
701 E 60TH ST
SIOUX FALLS, SD 57117

AMERICAN CONCERTS, INC
3302 AZEELE ST.
TAMPA, FL 33609

CAMBAS TRANSPORTATION GROUP, INC
C/O AARON J GOLD, ESQ
C/O EDDY R RESNICK, ESQ
704 WEST BAY ST
TAMPA, FL 33606

COLLECTION
PO BOX 9134
NEEDHAM, MA 02494

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
PO BOX 551888
DETROIT, MI 48255

ELEANOR HUBBARD
2620 W WATROUS AVE
TAMPA, FL 33629-5347

GLACIAL STAR GROUP
150 MOTOR PKWY STE 103
HAUPPAUGE, NY 11788

CREDIT ACCEPTANCE CORP
PO BOX 513
SOUTHFIELD, MI 48037

ERSKINE & FLEISHER
55 WESTON RD. STE. 300
FT. LAUDERDALE, FL 33326

GOALS R.E.
PO BOX 533
GUTHRIE, OK 73044

CREDIT ACCEPTANCE CORP
6851 JERICHO TURNPIKE STE 190
SYOSSET, NY 11791

EXTREMETIX, INC.
13111 NORTHWEST FWY STE 520
HOUSTON, TX 77040

HILL WARD HENDERSON
P.O. BOX 2231
TAMPA, FL 33601

CREDIT ACCEPTANCE CORP.
25505 W 12 MILE RD
SOUTHFIELD, MI 48034

FAST COLLECT
8300 KINGSTON PIKE
KNOXVILLE, TN 37919

HILL WARD HENDERSON
101 EAST KENNEDY BLVD STE 3
TAMPA, FL 33602

CREDIT ONE BANK
PO BOX 98875
LAS VEGAS, NV 89193

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

HOLSONBACK & HARANG PA
ATTN: LEE HARANG, ESQ.
400 N ASHLEY DR STE 1500
TAMPA, FL 33602-4342

CREDIT PROTECT ASSOC.
PO BOX 802068
DALLAS, TX 75380

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

INTERNAL REVENUE SERVICE
PHILADELPHIA CIO
POB 21126
PHILADELPHIA, PA 19114

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

FLA DEPT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 6668
TALLAHASSEE, FL 32314

IPC INTERNATIONAL CORP
2111 WAUKEGAN RD
DEERFIELD, IL 60015

DOLLAR / THRIFTY
MAIL STOP 2R2
P.O. BOX 35250
TULSA, OK 74153-0250

GEICO
ATTN: BANKRUPTCY DEPT
ONE GEICO PLAZA
WASHINGTON, DC 20046-0001

JNR ADJUSTMENT COMPANY
2905 NORTHWEST BLVD
PLYMOUTH, MN 55441

DOLLAR THRIFTY
THE CORPORATION COMPANY, RA
735 FIRST NATIONAL BLDG
OKLAHOMA CITY, OK 73102

GEICO DIRECT INS. CO.
PO BOX 33040
LAKELAND, FL 33807

JOHN T LAZZARA
4643 W KENNEDY BLVD
TAMPA, FL 33609

JP MORGAN CHASE LEGAL DEPT
1191 E NEWPORT CTR DR, STE 101
DEERFIELD BEACH, FL 33442

RJM ACQ LLC
575 UNDERHILL BLVD STE 2
SYOSSET, NY 11791

THE GOITIA LAW FIRM
ATTN: JASON JOSE GOITIA, ESQ
4109 HENDERSON BLVD
TAMPA, FL 33629-5749

JPMORGANCHASE- LEGAL DEPT
POB 9622
DEERFIELD BEACH, FL 33442

RJM ACQUISITIONS FUNDING LLC
PO BOX 18013
HAUPPAUGE, NY 11788-8813

TRIBUTE / FBOFD
POB 105555
ATLANTA, GA 30348

LEW PHILLIPS
C/O HAMDEN HOLLOWAY BASKIN, III
BASKIN FLEECE
13577 FEATHER SOUND DR STE 550
CLEARWATER, FL 33762-5527

RJM ASSOCIATES
PO BOX 12023
HAUPPAUGE, NY 11788-2023

VICENT NUCCIO, ESQ
RE: BRYAN MEDIA, INC
4049 HENDERSON BLVD
TAMPA, FL 33629-4939

MACFARLANE FERGUSON & MCMULLEN
ATTN SCOTT THOMAS LYON, ESQ.
625 COURT ST STE 200
CLEARWATER, FL 33756-5528

ROBERT S HOBBS, ESQ
PO BOX 18225
TAMPA, FL 33679-8225

WACHOVIA
800 BROOKS EDGE BLVD.
WESTERVILLE, OH 43081

OFFICE OF U.S. ATTORNEY
400 NORTH TAMPA STREET, #3200
TAMPA, FL 33602

RORY B. WEINER, P.A.
671 LUMSDEN ROAD
BRANDON, FL 33511

WACHOVIA BANK
PO BOX 2248
JACKSONVILLE, FL 32203

PAUL M KADE, ESQ
9200 S DADELAND BLVD STE 400
MIAMI, FL 33156

SECURITY CHECK LLC
2612 JACKSON AVE
OXFORD, MS 38655

WETHERINGTON, HAMILTON & HP
POB 172727
TAMPA, FL 33672-0727

PREMIER BANKCARD
PREMIER/CSI-DEPT SDPR
PO BOX 2208
VACAVILLE,CA.95696

SUNBELT RENTALS, INC.
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

YELLOW CAB CO OF TAMPA, IN
4413 N. HESPERIDES ST
TAMPA, FL 33614

PREMIER BANKCARD INC.
3409 S. CLIFF AVE.
SIOUX FALLS, SD 57105

SUNBELT RENTALS, INC.
P.O. BOX 410328
CHARLOTTE, NC 28241

YELLOW CAB CO OF TAMPA, IN
POB 1748
TAMPA, FL 33601

PROFESSIONAL ADJUS CORP
604 US HIGHWAY 41 S
INVERNESS, FL 34450

SUNBELT RENTALS, INC.
4927 HARTFORD ST
TAMPA, FL 33619

# United States Bankruptcy Court
## Middle District of Florida

In re __SSL Entertainment Inc.__        Case No. _____

                         Debtor(s)        Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 1,701.00 |
   | Prior to the filing of this statement I have received | $ | 1,701.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Debtor, plus $299 court filing fee**

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **Adversary Proceedings or additional work beyond Chapter 7 retainer will be billed at rate of $200 per hour ($1,500 min. retainer for adversary proceeding**

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **If time conflicts occur / unexpected circumstances arise, other counsel authorized to practice in the Middle District of Florida may appear at 341 Meeting or hearing after conferring with client**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; attorney bills at rate of $200 per hour, plus costs**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any non-dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; 707(b) actions or other actions by US Trustee or Trustee**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __March 8, 2011__            **/s/ Scott A. Rosin**
                                               **Scott A. Rosin 961851**
                                               **Scott A. Rosin, P.A.**
                                               **5835 Memorial Hwy Ste 6**
                                               **Tampa, FL 33615-5005**
                                               **813-889-9889 Fax: 813-887-3074**
                                               **srosincmecf@tampabay.rr.com**

# United States Bankruptcy Court
## Middle District of Florida

In re    **SSL Entertainment Inc.**                       Case No. _____

                                Debtor(s)                   Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**SSL Entertainment Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  8, 2011_____

Date

__/s/ Scott A. Rosin_____

**Scott A. Rosin 961851**

Signature of Attorney or Litigant

Counsel for    **SSL Entertainment Inc.**

**Scott A. Rosin, P.A.**

**5835 Memorial Hwy Ste 6**
**Tampa, FL 33615-5005**
**813-889-9889 Fax:813-887-3074**
**srosincmecf@tampabay.rr.com**